UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BONNIE M. MOSELEY, | ) | CASE NO. C05-1405-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF REMAND FOR AN |
| JO ANNE B. BARNHART, Commissioner of Social Security | ) | AWARD OF BENEFITS |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler.  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court remands this matter for an award of benefits; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 20th day of June, 2006.

Thomas S. Zilly
United States District Judge

ORDER OF REMAND FOR AN AWARD OF BENEFITS
PAGE -1